Prob 35
(1/92)

ORIGINAL

Report and Order Terminating Probation /
Supervised Release
Prior to Original Expiration Date

## United States District Court
### FOR THE
### DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

NOV 16 2007

at ____ o'clock and ____ min ____M
SUE BEITIA, CLERK

UNITED STATES OF AMERICA

v.

Criminal No. CR 04-00041JMS-02 and
CR 05-00113JMS-02

Y.K.B. Inc., dba "Brudda's Market"

On 2/27/2006, the above named was placed on probation for a period of 3 years. This corporation has complied with the rules and regulations of probation and is no longer in need of probation supervision. It is accordingly recommended that this corporation be discharged from probation at this time, having served 20 months of supervision.

Respectfully submitted,

ALYSA K. MAKAHANALOA
U.S. Probation Officer Assistant

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from probation and that the proceedings in the case be terminated.

Dated this 15th day of November, 2007.

J. MICHAEL SEABRIGHT
U.S. District Judge

